PEOPLE ex rel. BATH ELECTRIC & GAS LIGHT CO. v. PUBLIC SERVICE COMMISSION OF STATE OF NEW YORK, SECOND DISTRICT, et al. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Proceeding by the People of the State of New York, on the relation of the Bath Electric & Gas Light Company, against the Public Service Commission of the State of New York, Second District, and another. No opin-

ion. Determination unanimously confirmed, with $50 costs and disbursements.